# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　　Defendants. | **CV-24-11-BU-BMM**<br><br><br>**ORDER** |

　　　　Plaintiff Richard R. Lohrke ("Lohrke") moves for the Court to grant him leave to file an amended complaint and join American Family Connect Property and Casualty Insurance Company, f/k/a/ IDS Property Casualty Insurance Company ("American Family") as a defendant. (Doc. 18.) Lohrke filed an "Amended Complaint" on May 17, 2024, which names American Family Connect Property and Casualty Insurance Company, f/k/a/ IDS Property Casualty Insurance Company. (Doc. 19.) The April 10, 2024 Scheduling Order provides that parties will make "all amendment of pleadings and joinder of parties on or before: May 17, 2024." (Doc. 16 at 1.) The April 10, 2024 Scheduling Order further provides

1

that the "Parties are not required to seek leave of the Court to amend pleadings or join parties prior to the deadline established in paragraph 1, [namely on or before, May 17, 2024]." (*Id.* at 5.) Lohrke successfully amended his complaint and joined American Family before the deadline set by the April 10, 2024 Scheduling Order. Accordingly,

## ORDER

**IT IS ORDERED**:

Lohrke's Motion for Joinder and Leave to File Amended Complaint and Demand for Jury Trial (Doc. 18) is **DENIED as moot**.

**DATED** this 28th day of May, 2024.

_____
Brian Morris, Chief District Judge
United States District Court