IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA BUTTE
DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC.,<br><br>Defendant. | CASE NO. 2:24-CV-00011-BMM<br><br>**ORDER STAYING SCHEDULING ORDER AND VACATING PRETRIAL AND TRIAL SETTTINGS** |

UPON REVIEW of the Parties' Stipulated Motion to Stay Scheduling Order and Vacate Pretrial and Trial Settings, and good cause appearing therefore;

**IT IS ORDERED** that the deadlines listed within this Court's April 10, 2024 Scheduling Order (Doc. 16) are **HEREBY STAYED**, with the exception of the May 17, 2024 deadline to all amendment of pleadings and joinder of parties.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference currently scheduled for March 6, 2025, and the Trial currently scheduled for March 17, 2025, are **HEREBY VACATED**.

The Parties are directed to either file a Status Report or a Stipulated First Amended Scheduling Order with the Court within thirty (30) days, or no later than October 15, 2024.

DATED this 16th day of September, 2024.

_____
Brian Morris, Chief District Judge
United States District Court