IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendants. | CV-24-11-BU-BMM<br><br>ORDER |

## INTRODUCTION

Plaintiff Richard Lohrke ("Lohrke") filed a complaint against American Family Connect Insurance Agency, Inc. ("Agency") and American Family Connect Property and Casualty Insurance Company, f/k/a IDS Property Casualty Insurance Company ("Connect") (collectively "Defendants" or "Connect"), alleging breach of contract, violations of the Montana Unfair Trade Practices Act, constructive fraud, and breach of the implied covenant of good faith and fair dealing. (Doc. 19 at 11-13.) The matter is set to go to a jury trial on January 20, 2026. The Court

1

granted, in part, and denied, in part, Lohrke's motion for summary judgment on October 15, 2025. (Doc. 143.)

Connect filed a motion to vacate the portion of the Court's order granting summary judgment to Lohrke on the issue of stacking on November 12, 2025. (Doc. 145.) Lohrke filed a response brief opposing Connect's motion to vacate on November 26, 2025. (Doc. 148.) The Court filed an order denying Connect's motion to vacate on December 1, 2025. (Doc. 149.) Connect filed a reply brief for its motion to vacate on December 10, 2025. (Doc. 150.) Connect filed its reply brief within 14 days from the date that Lohrke filed his response brief to Connect's motion to vacate, in accordance with Local Rule 7.1(d)(1)(C). (*Id.*)

The Court read and considered Connect's reply brief. The Court will not change or vacate its previous orders on the matter. The Court's order declining to vacate its order on the motions for summary judgment remains in effect.

## ORDER

Accordingly, **IT IS ORDERED**:

- Connect's Motion to Vacate (Doc. 145) remains **DENIED**.
- The Court's order (Doc. 143) GRANTING, in part, and DENYING, in part, Lohrke's motion for summary judgment, and DENYING Agency's and Connect's motions for summary judgment remains in effect.

**DATED** this 23rd day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Court