# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | **CV-24-11-BU-BMM**<br><br>**ORDER ON MOTION TO QUASH** |

## INTRODUCTION

Plaintiff Richard Lohrke ("Lohrke") filed a complaint against American Family Connect Insurance Agency, Inc. ("Agency") and American Family Connect Property and Casualty Insurance Company, f/k/a IDS Property Casualty Insurance Company ("Connect") (collectively "Defendants" or "Connect"), alleging breach of contract, violations of the Montana Unfair Trade Practices Act, constructive

1

fraud, and breach of the implied covenant of good faith and fair dealing. (Doc. 19 at 11-13.) The Court set the matter for a jury trial on January 20, 2026.

Connect served a subpoena on Lohrke's counsel, Matthew Dodd ("Dodd") on January 5, 2026, requesting Dodd's attendance as a witness at the upcoming trial on January 20, 2026, for this matter. (Doc. 160 Ex. A.) Lohrke filed a motion to quash the subpoena on January 7, 2026. (*Id*.) Pursuant to the stipulations agreed to by the parties at the final pretrial conference on January 12, 2026, the Court will deny Lohrke's motion to quash as moot. Connect will withdraw its subpoena on Dodd.

## ORDER

Accordingly, **IT IS ORDERED**:

- Lohrke's Motion to Quash (Doc. 160) is **DENIED** as moot.

**DATED** this 13th day of January, 2026.

_____
Brian Morris, Chief District Judge
United States District Court