# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE, | CV-24-11-BU-BMM |
| Plaintiff, | |
| v. | |
| AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY, | SPECIAL VERDICT FORM |
| Defendants. | |

We, the jury in the above captioned action, upon our oaths, enter the following Special Verdict as follows:

**Question No. 1**: Did Connect violate § 33-18-201(1) of the Montana Unfair Trade Practices Act in its handling of Richard Lohrke's insurance claims by misrepresenting pertinent facts or insurance policy provisions relating to coverages at issue?

**Answer**: Yes _X_          No____

*If you answered Question No. 1 "Yes," please proceed to Question No. 2. If you answered Question No. 1 "No," please proceed to Question No. 3.*

**Question No. 2**: Was Connect's violation of § 33-18-201(1) of the Montana Unfair Trade Practices Act a cause of damage to Richard Lohrke?

**Answer:** Yes $\times$        No____

*Please proceed to Question No. 3.*

**Question No. 3**: Did Connect violate § 33-18-201(4) of the Montana Unfair Trade Practices Act in its handling of Richard Lohrke's insurance claims by refusing to pay claims without conducting a reasonable investigation based upon all available information?

**Answer:** Yes $\times$        No____

*If you answered Question No. 3 "Yes," please proceed to Question No. 4. If you answered Question No. 3 "No," please proceed to Question No. 5.*

**Question No. 4**: Was Connect's violation of § 33-18-201(4) of the Montana Unfair Trade Practices Act a cause of damage to Richard Lohrke?

**Answer:** Yes $\times$        No____

*Please proceed to Question No. 5.*

**Question No. 5**: Did Connect violate § 33-18-201(6) of the Montana Unfair Trade Practices Act in its handling of Richard Lohrke's insurance claims by neglecting to attempt in good faith to effectuate prompt, fair, and equitable settlement of claims in which liability has become reasonably clear?

**Answer:** Yes $\times$        No____

*If you answered Question No. 5 "Yes," please proceed to Question No. 6. If you answered Question No. 5 "No," please proceed to Question No. 7.*

**Question No. 6**: Was Connect's violation of § 33-18-201(6) of the Montana Unfair Trade Practices Act a cause of damage to Richard Lohrke?

**Answer:** Yes $\times$          No____

*Please proceed to Question No. 7.*

**Question No. 7**: Did Connect breach its insurance contract with Richard Lohrke?

**Answer:** Yes $\times$          No____

*If you answered Question No. 7 "Yes," please proceed to Question No. 8. If you answered Question No. 7 "No," please proceed to Question No. 9.*

**Question No. 8**: Was Connect's breach of its insurance contract with Richard Lohrke a cause of damage to Mr. Lohrke?

**Answer:** Yes $\times$          No____

*Please proceed to Question No. 9.*

**Question No. 9**: Did Connect commit constructive fraud in its representations to Richard Lohrke concerning his insurance coverage?

**Answer:** Yes $\times$          No____

*Please proceed to Question No. 10.*

**Question No. 10**: Did Connect breach the implied covenant of good faith and fair dealing in its claims handlings practices for Richard Lohrke's claim?

**Answer:** Yes $\times$            No____

*If you found in favor of Richard Lohrke in one or more of any one of the above four counts—under the UTPA, breach of contract, constructive fraud, or breach of the implied covenant of good faith and fair dealing—please answer Question No. 11. If you have found against Richard Lohrke on ALL of the four claims, you must NOT answer Question No. 11 or Question No. 12.*

**Question No. 11**: What amount of money will fairly and reasonably compensate Richard Lohrke for the damages caused by Connect?

**Answer:** $ _500,000_

*Only answer Question No. 12 if you found that Richard Lohrke successfully plead one or more of the four counts above.*

**Question No. 12**: Was Connect guilty of actual malice or actual fraud in its handling of Richard Lohrke's insurance claims?

**Answer:** Yes $\times$            No____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decision. The Jury Foreperson should then sign and date the verdict form in the spaces below and notify the bailiff or

clerk that you have reached a verdict.  The Jury Foreperson should retain

possession of the verdict form and bring it when the jury is brought back into the

courtroom.

By: _                          _       Dated: _01/23/2026_____

    *Jury Foreperson*