IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CV-24-11-BU-BMM<br><br>SPECIAL VERDICT FORM |

We, the jury in the above-entitled case, upon our oaths, enter our verdict as follows:

**Question 1**: What amount of punitive damages, if any, would reasonably compensate Richard Lohrke?

**Answer**: $ _5,000,000_

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous decision. The Jury Foreperson should

then sign and date the verdict form in the spaces below and notify the bailiff or clerk that you have reached a verdict. The Jury Foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

By: ⌐
   *Jury Foreperson*

Dated: ~~01/23/2023~~
01/23/2026