UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY & CASUALTY INSURANCE COMPNAY, f/k/a IDS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. CV-24-11-BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

__X__　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Verdicts rendered on January 23, 2026, Document No. 208 and Document No. 210.

　　　Dated this 23rd day of January, 2026.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Shannon Sanderson
　　　　　　　　　　　　　　Shannon Sanderson, Deputy Clerk