# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| RICHARD R. LOHRKE, | **No. CV 24-11-BU-BMM** |
| Plaintiff, | |
| v. | **ORDER ON APPROVAL OF JUDGMENT** |
| AMERICAN FAMILY CONNECT INSURANCE AGENCY, INC. and AMERICAN FAMILY CONNECT PROPERTY and CASUALTY INSURANCE COMPANY, f/k/a/ IDS PROPERTY CASUALTY INSURANCE COMPANY, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Court approves the Clerk's Judgment entered on January 23, 2026 (Doc. 212). Judgment is entered in accordance with the jury verdict rendered on January 23, 2026.

The Court additionally orders that judgment be entered in favor of Defendant, American Family Connect Insurance Agency, Inc., and against Plaintiff, Richard R. Lohrke, dismissing all claims against Defendant, American Family Connect Insurance Agency, Inc. in this matter., pursuant to the Court's ruling at trial on January 22, 2026. (*See* Doc. 193, Doc. 241.)

DATED this 12th day of June, 2026.

Brian Morris, Chief District Judge
United States District Court